# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 214 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Published Opinion and Order** of |
| v. | : | the Superior Court at No. 632 MDA |
| | : | 2015, at 135 A.3d 1045 (Pa. Super. |
| | : | 2016) entered on February 23, 2016, |
| MATTHEW WOODRUFF, | : | **affirming** the Order of the Lackawanna |
| | : | County Court of Common Pleas at No. |
| Petitioner | : | CP-35-CR-0000872-2002 entered on |
| | : | March 6, 2015 |

## ORDER

**PER CURIAM**                    DECIDED:  September 25, 2017

**AND NOW**, this 25th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED** and the decision of the Superior Court is **REVERSED**. *See Commonwealth v. Muniz*, __ A.3d __, 2017 WL 3173066 (Pa. July 19, 2017).